UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**Appeal No. 14-1146**

**UNITED STATES OF AMERICA,**
Appellee

v.

**HAGOP N. SARKISSIAN,**
a/k/a "Jack,"
Defendant-Appellant

**GOVERNMENT'S MOTION FOR AN ORDER
STAYING THE BRIEFING SCHEDULE
PENDING THE COURT'S RESOLUTION OF THE
GOVERNMENT'S
<u>MOTION FOR SUMMARY DISPOSITION</u>**

The government respectfully moves this Court to stay the briefing schedule in this case pending its decision on the government's motion for summary disposition. In support of this motion, the government states the following:

1. This is the defendant's appeal from his sentence.

2. The government's brief is presently due on July 28, 2014.

3. The government has filed a motion for summary disposition of this appeal. If the Court grants summary disposition, full briefing will be unnecessary. If the Court finds that summary disposition is inappropriate, however, the government wishes to file a brief addressing fully the defendant's appeal.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ *Dina Michael Chaitowitz*
DINA MICHAEL CHAITOWITZ
Assistant U.S. Attorney

### Certificate of Service

I, Dina Michael Chaitowitz, AUSA, hereby certify that on July 25, 2014, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Jeffrey A. Denner, Esq.
J.A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114

/s/ *Dina Michael Chaitowitz*
DINA MICHAEL CHAITOWITZ
Assistant U.S. Attorney